Kenyon & Kenyon LLP
Frank L. Bernstein (Cal. Bar. No. 189504)
333 W. San Carlos Street, Suite 600
San Jose, CA 95110
Telephone:  408.975.7500
Facsimile:   408.975.7501
fbernstein@kenyon.com


ABELSON | HERRON LLP
Michael Bruce Abelson (State Bar No. 130739)
Heather L. Mayer (State Bar No. 210544)
333 South Grand Avenue, Suite 1550
Los Angeles, California 90071-1559
Telephone:  213.402.1900
Facsimile:   213.402.1901
mabelson@abelsonherron.com
hmayer@abelsonherron.com

Attorneys for Plaintiff
j2 Global Communications, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 Global Communications, Inc.,<br><br>       Plaintiff,<br><br>v.<br><br>OneSuite Corporation,<br><br>       Defendant.<br><br><br>OneSuite Corporation,<br><br>       Counterclaimant,<br><br>v.<br><br>j2 Global Communications, Inc.,<br><br>       Counterclaim Defendant. | Case No.  CV09-4014 DDP (AJWx)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Honorable Dean D. Pregerson |

1    It IS HEREBY STIPULATED AND AGREED by and between the plaintiff, j2 Global Communications, Inc., and the defendant, OneSuite Corporation, that all claims asserted by these parties against each other in the above-captioned litigation shall be DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and that each party shall bear its own costs and attorneys' fees.

Dated:   September 18, 2009      KENYON & KENYON LLP
                                 Frank L. Bernstein

                                 ABELSON | HERRON LLP
                                 Michael Bruce Abelson
                                 Heather L. Mayer


                                 By: _____/s/_____
                                     Frank L. Bernstein
                                     Attorneys for Plaintiff and Counter-Defendant
                                     j2 GLOBAL COMMUNICATIONS, INC.

                                 KNOBBE MARTENS OLSON & BEAR LLP


                                 By: _____
                                     Douglas Muehlhauser
                                     Attorneys for Defendant and Counterclaimant
                                     ONESUITE CORPORATION

1   It IS HEREBY STIPULATED AND AGREED by and between the plaintiff, j2 Global Communications, Inc., and the defendant, OneSuite Corporation, that all claims asserted by these parties against each other in the above-captioned litigation shall be DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and that each party shall bear its own costs and attorneys' fees.

Dated:   September __, 2009

KENYON & KENYON LLP
Frank L. Bernstein

ABELSON | HERRON LLP
Michael Bruce Abelson
Heather L. Mayer


By: _____/s/_____
Frank L. Bernstein
Attorneys for Plaintiff and Counter-Defendant
j2 GLOBAL COMMUNICATIONS, INC.

KNOBBE MARTENS OLSON & BEAR LLP

By: _____
Douglas Muehlhauser
Attorneys for Defendant and Counterclaimant
ONESUITE CORPORATION